```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 01763
   CYNTHIA BAKER
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-3137


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/28/2008 and was confirmed 03/26/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 10/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING NOTICE ONLY    NOT FILED              .00             .00
WELLS FARGO FINANCIAL IL UNSEC W/INTER    1125.42              .00             .00
WORLD FINANCIAL NETWORK  UNSEC W/INTER     518.54              .00             .00
WORLD FINANCIAL NETWORK  UNSEC W/INTER     566.85              .00             .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER    1600.32              .00             .00
CAPITAL ONE              UNSEC W/INTER    1329.65              .00             .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED               .00             .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED               .00             .00
ECAST                    UNSEC W/INTER   16924.17              .00             .00
CODILIS & ASSOCIATES ^   NOTICE ONLY    NOT FILED              .00             .00
CITI RESIDENTIAL LENDING CURRENT MORTG       .00               .00             .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE   14421.96              .00         2808.48
LEGAL HELPERS PC         DEBTOR ATTY     2,000.00                         2,000.00
TOM VAUGHN               TRUSTEE                                            418.12
DEBTOR REFUND            REFUND                                             584.30

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          5,810.90

PRIORITY                                                    .00
SECURED                                                2,808.48
UNSECURED                                                   .00
ADMINISTRATIVE                                         2,000.00
TRUSTEE COMPENSATION                                     418.12
DEBTOR REFUND                                            584.30
                               ---------------        ---------------
TOTALS                           5,810.90              5,810.90


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 01763 CYNTHIA BAKER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE